UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHELLE BROWN                                CIVIL ACTION

VERSUS                                        NO. 20-3424

SOCIAL SECURITY ADMINISTRATION                SECTION: "L"(3)

## ORDER

Having reviewed the complaint, the applicable law, Magistrate Judge's Report and Recommendation, and the objections thereto, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**. **IT IS FURTHER ORDERED** that Defendant's Cross-motion for Summary Judgment is **GRANTED**. Finally, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18 day of July, 2022.

UNITED STATES DISTRICT JUDGE